1050

THE STATE OF WASHINGTON, *Respondent*, v. JAYMAR
ROMONE SANDIFER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-8-01857-1, Patricia H. Aitken, J., entered
June 27, 1988. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Swanson and Pekelis, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
JAMES WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87-1-01006-1, John F. Wilson, J.,
entered May 10, 1988. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Pekelis and Winsor, JJ.

LINDA PIERCE, as *Personal Representative, Respondent*, v.
PROGRESSIVE NORTHWESTERN INSURANCE
COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 87-2-01672-6, Barbara D. Johnson, J., entered
April 18, 1988. *Affirmed* by unpublished opinion per Schu-
macher, J. Pro Tem., concurred in by Alexander, C.J., and
Baker, J. Pro Tem.